Megan O'Neill (SBN 220147)
  moneill@dtolaw.com
DTO LAW
601 S. Figueroa Street, Suite 2130
Los Angeles, CA 90017
Telephone: (213) 335-6999
Facsimile: (213) 335-7802

Erik P. Mortensen (SBN 326610)
  emortensen@dtolaw.com
DTO LAW
2400 Broadway, Suite 200
Redwood City, CA 94063
Telephone: (415) 630-4100
Facsimile: (415) 630-4105

Attorneys for Defendant
ONNIT LABS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN, individually and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ONNIT LABS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant. | Case No.: 2:23-cv-3737<br><br>**DEFENDANT ONNIT LABS, INC.'S CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES** |

1  Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned,
2  counsel of record for Defendant Onnit Labs, Inc., represents that Onnit
3  Labs, Inc. is a wholly owned subsidiary of Conopco, Inc. d/b/a Unilever;
4  Conopco, Inc. d/b/a Unilever is a wholly owned subsidiary of Unilever
5  United States, Inc.; Unilever United States, Inc. is a wholly owned,
6  indirect subsidiary of Unilever PLC; and Unilever PLC is a publicly
7  held company.  Furthermore, Onnit Labs, Inc. is a citizen of Delaware
8  and Texas because it is incorporated in Delaware and headquartered in
9  Texas.
10  Pursuant to Local Rule 7.1-1, the undersigned, counsel of record
11  for Onnit Labs, Inc., certifies that the following listed parties may have
12  a pecuniary interest in the outcome of this case.  These representations
13  are made to enable the Court to evaluate possible disqualification or
14  recusal.
15  • Ruth Martin (Plaintiff)
16  • Onnit Labs, Inc. (Defendant)
17  • Conopco, Inc. d/b/a Unilever
18  • Unilever United States, Inc.
19  • Unilever PLC

Respectfully submitted,

Dated:  May 16, 2023        DTO LAW

By: */s/ Megan O'Neill*
    Megan O'Neill

Attorneys for Defendant
ONNIT LABS, INC.