PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ONNIT LABS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.  2:23-cv-3737<br><br>**NOTICE OF RELATED CASES** |

**PLEASE TAKE NOTICE** that pursuant to Central District Local Rule 83-1.3.1, Plaintiff advises the Court that the action entitled *Ruth Martin v. Onnit Labs,* Case No. 2:23-cv-03737 ("*The Martin v. Onnit Labs CLRA Matter*") is related to the previously-filed and pending action entitled *Ruth Martin v. Doctor's Best, Inc*. Case 8:23-cv-00378-FWS-KES ("*The Martin v. Doctor's Best CLRA Matter*").

The two matters are related because they (a) arise from a closely related event; (b) call for determination of the same questions of law and fact; and (c) would entail substantial duplication of labor if heard by different judges.

The information required by Local Rule 83-1.3.1 is set forth below:

**First**, the two matters arise from a closely related event in that (1) Plaintiff and Plaintiff's counsel are the same in both matters; (2) the causes of action are the same in both matters; and (3) the operative facts are the same in both matters, as both matters involve alleged violations of the Consumer Legal Remedies Act in connection with the sale of over-the-counter memory supplements.

**Second**, all three matters call for the determination of the same question of law – namely, whether a defendant has made false efficacy claims in connection with marketing of memory supplements.

**Third**, the matters will likely entail substantial duplication of labor if heard by different judges because: (1) the arguments relating to the sufficiency of the pleadings, class certification, discovery, and summary judgment will likely be materially identical in all three matters; and (2) the *Martin v. Doctor's Best CLRA Action* precedes the *Martin v. Onnit CLRA Action* by several months, and the parties in the first-filed matter have fully briefed motions regarding the sufficiency of the pleadings.

**Fourth**, while there are few published opinions regarding the standard for relating cases, those that do exist confirm that relation is obviously appropriate here. The First Circuit has explained:

> The threshold issue is whether the two proceedings involve a common party and common issues of fact of law. Once this determination is made, the trial court has

broad discretion in weighing the costs and benefits of consolidation to decide whether that procedure is appropriate. ***A motion for consolidation will usually be granted unless the party opposing it can show "demonstrable prejudice."***

*Sequro de Servicio de Salud De Puerto Rico v. McAuto Systems Group, Inc.*, 878 F.2d 5, 8 (1st Cir. 1989) (emphasis added).

Other courts have confirmed that commonality of counsel and case theories weigh in favor of relating. *See Cottage Advisors, LLC v. KBS Bldg. Sys.*, No. 2:12-cv-226, 2012 WL 5864033, *2 (D. Maine Nov. 16, 2012) (granting motion to consolidate cases as related because "these two proceedings involve both common parties and common issues of fact and law," including that "[t]he affirmative defenses asserted . . . largely overlap").

This Notice is being filed immediately after counsel for Plaintiff received the PACER case information showing that Defendant removed the *Martin v. Onnit CLRA Matter*.

Dated: May 16, 2023                    PACIFIC TRIAL ATTORNEYS, APC

By: _____
Scott. J. Ferrell
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on May 16, 2023, I electronically filed the foregoing **NOTICE OF RELATED CASES** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

Dated: May 16, 2023

                          */s/ Scott J. Ferrell, Esquire*
                             Scott J. Ferrell