Exhibit 6



December 14, 2022

**SENT VIA FEDERAL EXPRESS**

Onnit Labs, Inc.
4401 Freidrich Ln., Suite 302
Austin, TX 78744

**PLEASE TAKE NOTICE:** This letter constitutes the notice required before filing a claim for damages under the California Consumer Legal Remedies Act.

Our client purchased your product – **Onnit Alpha Brain & Alpha Brain Focus Shot** – based partly upon the false and misleading memory-related efficacy claims contained on the product label, packaging, and accompanying advertising. Upon reasonable request, we will provide you with a fulsome analysis demonstrating the proven falsity of the claims.[1]

We respectfully request that you (1) stop selling the Product; and (2) refund all California purchasers the amount paid for the Product in the past four years. If you agree to do so, we will consider this matter closed and will take no further action.

If you decline, we will shortly file a class action lawsuit. If you believe that this letter is in any way inaccurate, your counsel should immediately contact me.

Sincerely,

Scott J. Ferrell, Esq.
For Pacific Trial Attorneys
A National Litigation Firm

---

[1] You are reminded of your legal duty to preserve all relevant records. *See, e.g., National Ass'n of Radiation Survivors v. Turnage*, 115 F.R.D. 543, 556-57 (N.D. Cal. 2006. We anticipate seeking in discovery all internal corporate records relating to the formulation, advertising, packaging, and efficacy of the Product. We urge you to instruct all employees and third-party agents to preserve all such information, specifically including ESI.