# Onnit's Request for Judicial Notice Ex. C

1  PACIFIC TRIAL ATTORNEYS
   A Professional Corporation
2  Scott J. Ferrell, Bar No. 202091
   sferrell@pacifictrialattorneys.com
3  Victoria C. Knowles, Bar No. 277231
   vknowles@pacifictrialattorneys.com
4  4100 Newport Place, Ste. 800
   Newport Beach, CA 92660
5  Tel: (949) 706-6464
   Fax: (949) 706-6469
6
   Attorneys for Plaintiff
7

Electronically Received 03/23/2023 04:13 PM

FILED
Superior Court of California
County of Los Angeles
03/27/2023
David W. Slayton, Executive Officer / Clerk of Court
By: _____ A. He _____ Deputy

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| GENEVA GONZALEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ONNIT LABS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 23STCV05741<br>The Honorable Stuart M. Rice<br>Dept.: 1<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Complaint Filed: March 15, 2023<br>Trial Date: None Set |

1   The Court, having considered Plaintiff Geneva Gonzalez's ("Plaintiff") Request for Dismissal,
2   the supporting declaration of Scott J. Ferrell filed pursuant to California Rule of Court 3.770, and good
3   cause appearing therefor,
4   IT IS HEREBY ORDERED that the matter is dismissed *without* prejudice as to Plaintiff's
5   individual claims and *without* prejudice to the putative class.

7   DATED: _____

Honorable Stuart M. Rice

- 2 -
[PROPOSED] ORDER OF DISMISSAL

**PROOF OF SERVICE**
**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 4100 Newport Place, Suite 800, Newport Beach, CA 92660.

On March 23, 2023, I served the foregoing document described as **[PROPOSED] ORDER OF DISMISSAL** on the following person(s) in the manner indicated:

**SEE ATTACHED SERVICE LIST**

☒ **(BY MAIL)** I am familiar with the practice of Pacific Trial Attorneys for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope, with postage fully prepaid, addressed as set forth herein, and such envelope was placed for collection and mailing at Pacific Trial Attorneys, Newport Beach, California, following ordinary business practices.

☐ **(BY OVERNIGHT FEDERAL EXPRESS)** I am familiar with the practice of Pacific Trial Attorneys for collection and processing of correspondence for delivery by overnight courier. Correspondence so collected and processed is deposited in a box or other facility regularly maintained by Federal Express that same day in the ordinary course of business. On this date, a copy of said document was placed in a sealed envelope designated by Federal Express with delivery fees paid or provided for, addressed as set forth herein, and such envelope was placed for delivery by Federal Express at Pacific Trial Attorneys, Newport Beach, California, following ordinary business practices.

☐ **(BY HAND DELIVERY)** I am familiar with the practice of Pacific Trial Attorneys for collection and processing of correspondence for hand delivery by courier. I caused such document to be delivered by hand to the addresse(s) designated.

☐ **(BY ELECTRONIC SERVICE)** My electronic service address is _____@pacifictrialattorneys.com. I am electronically serving the document described above and a copy of this declaration to the person, on the date shown below, to the email addresses of the persons listed in the attached service list.

☐ **(BY ELECTRONIC SERVICE via USA Legal)** I am electronically serving the document described above and a copy of this declaration to the person, on the date shown below, to the email addresses of the persons listed in the attached service list. I am readily familiar with the business' practice for filing electronically, and that the document would be electronically served the same day in the ordinary course of business following ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on March 23, 2023, at Newport Beach, California.

*/s/ Melojean Greenfield*
Melojean Greenfield

**SERVICE LIST**

| | |
|---|---|
| ONNIT LABS, INC<br>4401 Freidrich ln #302<br>Austin, TX 78744 | Defendant<br>ONNIT LABS, INC |
| ONNIT LABS, INC<br>c/o Capitol Corporate Services, Inc.<br>455 Capitol Mall Complex, Ste 217<br>Sacramento, CA 95814 | Registered Agent for Defendant<br>ONNIT LABS, INC |