PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
Victoria C. Knowles, Bar No. 277231
vknowles@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA  92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUTH MARTIN, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ONNIT LABS, INC., a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 2:23-cv-3737 FWS-KES<br>Assigned to Hon. Fred W. Slaughter<br><br>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>Action filed:  March 29, 2023<br>Removed:  May 16, 2023<br>Trial Date: None Set |

TO THE COURT, CLERK AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Ruth Martin ("Plaintiff") respectfully requests dismissal of the instant action pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice as to the Plaintiff's individual claims, and without prejudice as to the putative class. There has been no answer or motion for summary judgment filed, no class has been certified, and there is no settlement or concession of class interests.

For all the foregoing reasons, the Plaintiff respectfully requests that the Court enter a dismissal of this action without prejudice as to the named Plaintiff and without prejudice as to the putative class.

DATED: October 20, 2023   Respectfully submitted,

By: /s/ Scott J. Ferrell
    Scott J. Ferrell, Esq.
*Attorneys for Plaintiff and the putative Class*

# CERTIFICATE OF SERVICE

I hereby certify that on July 5, 2023, I electronically filed the foregoing NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

Dated: October 20, 2023

                                            */s/ Scott J. Ferrell*
                                            Scott J. Ferrell